### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ABDUL RASHEED,** | : | **Civ. No. 1:22-CV-1657** |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | |
| | : | |
| **DALE SABADISH,** | : | **(Magistrate Judge Carlson)** |
| | : | |
| **Defendant.** | : | |

## ORDER

AND NOW, this 19th day of April 2023, in accordance with the accompanying Memorandum Opinion, IT IS ORDERED that the defendant's motion to dismiss (Doc. 14), is GRANTED. The plaintiff's claims are DISMISSED WITHOUT PREJUDICE to the filing of state law claims in state court or the filing of an amended complaint in this court which meets federal pleading standards. Any such amended complaint shall be filed with this court within 21 days from today's date. In the meanwhile, this case is CLOSED administratively without prejudice to re-opening if the plaintiff files an amended complaint.

*/s/ Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge

1