# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ABDUL RASHEED,** | : | Civ. No. 1:22-CV-1657 |
| **Plaintiff,** | : | |
| v. | : | |
| **DALE SABADISH,** | : | (Magistrate Judge Carlson) |
| **Defendant.** | : | |

## ORDER

AND NOW, this 4th day of January 2024, for the reasons set forth in the accompanying Memorandum Opinion, the defendant's motion to dismiss, (Doc. 27), is GRANTED, and the plaintiff's second amended complaint is dismissed.

*/s/ Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge

1